1

2

3

4

5

6

7               SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

8    COLIN MOEN, DORIAN DEMPSEY,
     TAYLOR GOADE, JEREMIAH JENSON, and        No. 18-2-55902-2 SEA
9    MAXX GARRETT,
                                               **COMPLAINT FOR UNPAID**
10                        Plaintiffs,          **WAGES**

11          v.

12   SKINNY LABS INC. d/b/a SPIN,

13                        Defendant.

14

15          1.      Plaintiffs Colin Moen, Dorian Dempsey, Taylor Goade, Jeremiah Jenson, and

16   Maxx Garrett are adults who performed labor in King County in the employ of Defendant

17   Skinny Labs Inc. d/b/a Spin ("Spin"), as is alleged *infra*.

18          2.      Defendant Spin is a Delaware corporation with its headquarters located in San

19   Francisco, California.  In 2017 and 2018, Spin operated a bicycle-sharing program in Seattle,

20   Washington, in addition to other locations around the country.  Upon information and belief,

21   Defendant Spin never registered with the Washington Secretary of State as a foreign business

22   entity doing business in Washington.  In November 2018, Spin was acquired by Ford Smart

23   Mobility, LLC.

COMPLAINT FOR UNPAID
WAGES–Page 1

1        3.      Plaintiff Colin Moen was employed by Defendant Spin in Seattle as a bicycle

2    mechanic from approximately September 2017 to August 2018.

3        4.      Plaintiff Taylor Goade was employed by Defendant Spin in Seattle as a

4    bicycle mechanic from approximately October 2017 to February 2018.

5        5.      Plaintiff Jeremiah Jenson was employed by Defendant Spin in Seattle as a

6    bicycle mechanic from approximately October 2017 to August 2018.

7        6.      Plaintiff Dorian Dempsey was employed by Defendant Spin in Seattle as a

8    driver from approximately April 2018 to August 2018.

9        7.      Plaintiff Maxx Garrett was employed by Defendant Spin in Seattle as a driver

10   from approximately September 2017 to August 2018.

11       8.      During their employment with Defendant Spin, Plaintiffs each worked full-

12   time according to a set schedule, and they were subject to regular and frequent supervision

13   during their shifts.  They were each paid a set hourly rate, and did not have any other

14   opportunity for profit/loss.  Defendant Spin provided tools and other materials, and imposed

15   specific requirements with respect to how Plaintiffs were to carry out their job duties.

16       9.      For these and other reasons, Plaintiffs were hourly employees and Defendant

17   Spin misclassified them as independent contractors.

18       10.     Plaintiffs often worked more than 40 hours per week.

19       11.     Defendant Spin failed to pay Plaintiffs premium overtime wages when they

20   worked over 40 hours per week.

21       12.     Defendant Spin also failed to provide Plaintiffs with paid sick and safe time

22   in violation of the Minimum Wage Act and Seattle Municipal Code 14.16.

23

COMPLAINT FOR UNPAID
WAGES–Page 2

WASHINGTON WAGE CLAIM PROJECT
810 THIRD AVENUE, SUITE 500
SEATTLE, WA 98104
(206) 340-1840  FAX (206) 682-2305

1

**FIRST CAUSE OF ACTION—VIOLATION OF THE MINIMUM WAGE
ACT**

2

3          13.      Plaintiffs repeat and re-allege the prior allegations of the Complaint herein as

if fully repeated.

4

5          14.      Defendant Spin violated RCW 49.46.130 by permitting Plaintiffs to work

more than 40 hours in a workweek without paying overtime premium pay.

6

7          15.      Defendant Spin violated RCW 49.46.210 by failing to provide Plaintiffs with

one hour of paid sick and safe time for every 40 hours worked.

8

9          16.      Defendant Spin's violations of RCW 49.46.130 and .210 were willful and

done with the intent to deprive Plaintiffs of their wages in violation of RCW 49.52.050 and

10

.070, thereby allowing Plaintiffs to recover double exemplary damages.

11

12

**SECOND CAUSE OF ACTION – SEATTLE WAGE THEFT ORDINANCE**

13

14          17.      Plaintiffs repeat and re-allege each and every allegation set forth in the

preceding paragraphs.

15

16          18.      Defendant Spin violated the Seattle Wage Theft Ordinance, Seattle

Municipal Code 14.20 by failing to pay overtime wages for all weeks in which Plaintiffs

17

worked more than 40 hours per week.

18          19.      Plaintiffs have a private remedy for violations under Code §14.20.090 for

19     unpaid overtime wages, interest, attorney fees, and liquidated damages in an additional

20     amount of twice the unpaid wages.

21

22

23

COMPLAINT FOR UNPAID
WAGES–Page 3

**THIRD CAUSE OF ACTION – SEATTLE SICK AND SAFE TIME ORDINANCE**

20.     Plaintiffs repeat and re-allege each and every allegation set forth in the preceding paragraphs.

21.     Defendant Spin violated the Seattle Paid Sick and Safe Time Ordinance, Seattle Municipal Code 14.16 by failing to provide Plaintiffs with one hour of paid sick and safe time for every 40 hours worked.

22.     Plaintiffs have a private remedy for violations under Code §14.16.110 for unpaid wages, interest, attorney fees, and liquidated damages in an additional amount of twice the unpaid wages.

**PRAYER FOR RELIEF**

Wherefore, Plaintiffs request that the Court:

1.     Enter Judgment in favor of Plaintiffs and against Defendant Spin for money damages in an amount to be proven at trial, liquid or exemplary (double) damages, prejudgment and post-judgment interest at legal rates, costs and attorneys' fees pursuant to RCW 49.46.090, RCW 49.52.070, and Seattle Minimum Wage Ordinance Code §14.19.110 and §14.16.110;

2.     Grant such other and further relief as the Court deems just and equitable.


DATED: November 29, 2018

                              By:   /s/ Beau C. Haynes
                                    David N. Mark, WSBA #13908
                                    Beau C. Haynes, WSBA #44240
                                    Washington Wage Claim Project
                                    810 Third Avenue, Suite 500
                                    Seattle, Washington 98104
                                    Telephone:  (206) 340-1840

COMPLAINT FOR UNPAID
WAGES–Page 4

1

2

Fax:  (206) 682-2305
E-mail:  david@wageclaimproject.org
E-mail:  beau@ wageclaimproject.org

3

*Attorneys for Plaintiffs*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

COMPLAINT FOR UNPAID
WAGES–Page 5

WASHINGTON WAGE CLAIM PROJECT
810 THIRD AVENUE, SUITE 500
SEATTLE, WA 98104
(206) 340-1840  FAX (206) 682-2305